**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 15 MM 2024

Respondent   :

v.   :

RODNEY E. ALBERTSON,   :

Petitioner   :

## ORDER

**PER CURIAM**

   **AND NOW**, this 26th day of July, 2024, the Application for Extraordinary Relief is DENIED.